IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA,

vs.                                                                  Case No:   5:08MJ059-LAB

KENNETH N. MADISON, II

　　　Defendant.

_____

### ORDER

　　　On April 17, 2008 the defendant was operating a motor vehicle on U. S. Highway 98 within the special maritime and territorial jurisdiction of the United States, to wit: Tyndall Air Force Base, Florida.  A traffic stop was initiated by a security forces officer.  As a result of the traffic stop, the defendant was subsequently charged with operating a motor vehicle under the influence of alcoholic beverages or a chemical substance and exceeding the posted speed limit.

　　　On December 16, 2008 this court conducted an evidentiary hearing on defendant's Motion in Limine to exclude at trial the actions by the defendant on the roadside as well as the Intoxilyzer 8000 test results or any mention thereof.

　　　At the conclusion of the hearing, the attorneys were requested to present their closing arguments in written form, which they did.

　　　Having considered the testimony given at the hearing, the exhibits placed in evidence by both the defendant and the government, the written closing arguments submitted by the attorneys,

09 FEB -5 PH 4:12   FILED

as well as Fl. Stat. 316.1934 (2008) the court concludes that the defendant's motion in limine must be denied. It is therefore

ORDERED AND ADJUDGED that defendant's motion in limine is denied.

IT IS FURTHER ordered that a bench trial is scheduled for March 11, 2009 at 9:00 a.m.

DONE AND ORDERED in Panama City, Florida this 3rd day of February, 2009.

Larry A. Bodiford
United States Magistrate Judge

Copies to:   Ryan Love, Assistant U. S. Attorney
Mark E. Evans, Special Assistant U. S. Attorney
Jean Marie Downing, attorney for defendant